UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-60337-CR-MARTINEZ</u>

**UNITED STATES OF AMERICA,**

v.

**ALVARO VALDEZ,**

        **Defendant.**
_____/

## FACTUAL PROFFER

The United States of America and **ALVARO VALDEZ** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts:

1. VALDEZ responded to a back page advertisement of Minor A. VALDEZ communicated with GONZALEZ and arranged to meet to engage in a commercial sex act with Minor A.

2. While engaging in the sexual activity with Minor A, VALDEZ video recorded the sexual encounter with his cell phone.

3. On February 28, 2018, local law enforcement officers were were dispatched to a residence in Broward County, Florida. Upon arrival, the officers met with Minor A's mother who advised that she had viewed a video of Minor A performing oral sex on a black male while GONZALEZ was dancing in the background. The black male was later identified as VALDEZ. The video was posted on the Instagram[1] account "manmantrulandeeater."

---

[1] Instagram is a photo and video sharing networking service owned by Facebook, Inc. The application allows users to upload photos and videos to the service, which can be edited with various filters and organized with "tags" and location information. An account's posts can be shared publicly or with pre-approved users. Users can browse other user's content by searching through tags, locations, trending.

1

4. Thereafter, Detective Carter, a sworn Task Force Officer with the South Florida Internet Crimes Against Children (ICAC) obtained a search warrant for the contents of the "manmantrulandeeater" Instagram account. At that time Detective Carter identified the following videos in the Instagram account:

   a. Video (ID: 17017465741765368895): VALDEZ was ejected from the Seminole Hard Rock Casino.
   b. Video (ID: 1724799978884603987): Minor A taking her top off as VALDEZ recorded the encounter
   c. Video (ID: 1724801768627696039): VALDEZ, whose face is clearly visible, receiving oral sex from Minor A.

5. Detective Carter contacted security at Seminole Hard Rock Casino, who positively identified the male who was ejected in the video as VALDEZ.

6. Thereafter, on April 26, 2018, an arrest warrant was executed and VALDEZ was found to be in possession of one (1) iPhone, Model MQ962LL/A, Serial Number F2LVL7GWJCLY, with phone number (561) 543-1842. Post-Miranda, VALDEZ advised that his iPhone was used to take the video of him receiving oral sex from Minor A. VALDEZ stated that the video remained on his phone. He stated that he believed GONZALEZ had "direct-messaged" him via Instagram to arrange the encounter with Minor A. and he admitted to regularly viewing Backpage ads.

7. On April 27, 2018, Officer Joo obtained a search warrant for the digital contents of VALDEZ's iPhone for evidence relevant to proving Sex Trafficking of a Minor. Upon reviewing the digital contents of VALDEZ's iPhone, Officer Joo observed the videos described above, containing his sexual encounter with Minor A.

8. Additionally, law enforcement learned of a separate complaint made to another local law enforcement agency in Broward County regarding VALDEZ posting a pornographic video depicting him engaging in sexual activity with another Minor. The complaint revealed that

Minor B, a seventeen year old female, who met VALDEZ via Instagram had engaged in sexual intercourse with VALDEZ on one occasion. VALDEZ filmed the encounter with Minor B, and subsequently posted it on his Snapchat account; the video generated at least four thousand (4,000) views.

9. After receiving a search warrant, Officer Joo searched the contents of VALDEZ's iPhone and discovered the following videos and images of Minor B engaging in sexual activity with VALDEZ.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 4/16/2019   By: _____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY

Date: 4/16/19   By: _____
MICHAEL GELETY
ATTORNEY FOR JOAQUIN ZAPATA

Date: 4/16/19   By: _____
ALVARO VALDEZ
DEFENDANT